## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Marshall, Kevin
Marshall, Pamela
Printed: 1/22/08

Case Number:  06 B 08341
Judge:  Hollis, Pamela S
Filed:  7/13/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  December 10, 2007
Confirmed:  October 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,225.00 |  |
| Secured: |  | 4,298.11 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,611.00 |
| Trustee Fee: |  | 315.89 |
| Other Funds: |  | 0.00 |
| Totals: | 6,225.00 | 6,225.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph Wrobel Ltd | Administrative | 1,611.00 | 1,611.00 |
| 2. | Cenlar Federal Savings Bank | Secured | 0.00 | 0.00 |
| 3. | Credit Acceptance Corp | Secured | 3,683.47 | 3,683.47 |
| 4. | Illinois Title Loans | Secured | 746.98 | 135.00 |
| 5. | Village of Robbins | Secured | 2,000.00 | 135.00 |
| 6. | Cenlar Federal Savings Bank | Secured | 16,356.13 | 344.64 |
| 7. | City of Country Club Hills | Unsecured | 182.50 | 0.00 |
| 8. | Credit Acceptance Corp | Unsecured | 7,074.41 | 0.00 |
| 9. | Great Seneca | Unsecured | 1,093.82 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 73.00 | 0.00 |
| 11. | Illinois State Tollway | Unsecured | 817.24 | 0.00 |
| 12. | Illinois State Tollway | Priority | | No Claim Filed |
| 13. | Household | Unsecured | | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 15. | Dish Network | Unsecured | | No Claim Filed |
| 16. | U S Energy Savings Corp | Unsecured | | No Claim Filed |
| 17. | Nicor Gas | Unsecured | | No Claim Filed |
| 18. | MCI | Unsecured | | No Claim Filed |
| | | | $ 33,638.55 | $ 5,909.11 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 162.00 |
| 5.4% | 153.89 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Marshall, Kevin

Marshall, Pamela

Printed: 1/22/08

Case Number:  06 B 08341

Judge:  Hollis, Pamela S

Filed:  7/13/06

_____
$ 315.89

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

